IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

BROWN JORDAN COMPANY,  )
               Plaintiff,  )
    v.  )  RULE 7.1 STATEMENT
JEAN SCHULZ,  )
               Defendant.  )

**JUDGE BATTS**

**07 CIV 5857**

RECEIVED JUN 20 2007 U.S.D.C. S.D.N.Y. CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Brown Jordan Company (a private non-governmental party) certifies that the following parties are corporate parents, affiliates, and/or subsidiaries, which are publicly held: Brown Jordan International, Inc., and Brown Jordan International Holdings, LLC.

Date: June 20, 2007

_____
Harry Sandick (HS-2955)
JENNER & BLOCK LLP
919 Third Avenue, 37th Floor
New York, New York 10022-3908
Tel: (212) 891-1600
Fax: (212) 891-1699

*Attorneys for Plaintiff*
*Brown Jordan Company*