UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

BROWN JORDAN COMPANY,

          Plaintiff,

- against -

JEAN SCHULZ,

          Defendant.
----------------------------------------------------------X

07 Cv. 5857 (DAB)(JCF)

**TEMPORARY**
**RESTRAINING ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/25/07

The parties in the above-captioned action having consented to the entry of the following Order, it is hereby

ORDERED that, pursuant to Fed. R. Civ. P. 65, pending a hearing on plaintiff's application for a temporary restraining order or preliminary injunction, and in no event for longer than 30 days, the defendant is temporarily restrained and enjoined, directly and indirectly, from (1) copying, tampering with, destroying, or otherwise altering or disposing of the binder that was removed from plaintiff's premises on June 6, 2007, or any part thereof; and (2) using any of the information contained therein to contact any of plaintiff's customers or potential customers, or for any other purpose.

IT IS FURTHER ORDERED that security in the amount of $500 shall be posted by June 27, 2007.

DATED: New York, New York
ISSUED: 6/22/07

                                            James C. Francis, IV
                                            United States Magistrate Judge