# ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - :

BROWN JORDAN COMPANY
        Plaintiff(s)

  - against -

JEAN SCHULZ
        Defendant(s)
- - - - - - - - - - - - - - - - - - :

CONSENT TO PROCEED BEFORE
UNITED STATES MAGISTRATE JUDGE

07 civ.5857 (DAB) (JCF)

IT IS HEREBY STIPULATED by the undersigned:

1. All parties consent, pursuant to 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, that a United States Magistrate Judge conduct all further proceedings in this action, including any trial and entry of final judgment.

2. Any appeal from a judgment entered in this case will lie to the Court of Appeals for the Second Circuit as from any other judgment of the district court pursuant to 28 U.S.C. § 636(c)(3) and Fed. R. Civ. P. 73(c).

Attorney(s) for Plaintiff(s)
Address 9 19 Third Ave, NY NY 10022
Telephone (212)891 - 1665
  Jenner & Block LLP

Attorney(s) for Defendant(s) (914 7214
Address 280 North Central Avenue, Hartsdale NY
Telephone 914 -288-9700    10530

Attorney(s) for _____
Address
Telephone

Attorney(s) for _____
Address
Telephone

(Separately executed forms may be submitted. See Fed. R. Civ. P. 73(b)).

SO ORDERED.

*Deborah A. Batts*
            U.S.D.J.

6/25/ /

Magistrate Judge *Francis* _____ was assigned this case on June 21, 2007

*Bill Delaney*
For: Clerk U.S.D.C. S.D.N.Y.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2007