EXHIBIT "C"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
BROWN JORDAN COMPANY,

           Plaintiff,

  - against -

JEAN SCHULZ,

           Defendant.
-------------------------------------------------------X

07 Civ. 5857 (DAB)(JCF)

**STIPULATION AND ORDER**
**OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties to the above-captioned action, that the dispute between the parties having been voluntarily resolved pursuant to a Settlement Agreement ("Agreement"), which Agreement is specifically incorporated by reference herein, the action is hereby voluntarily dismissed, with prejudice, and without costs as to either party as against the other, pursuant to Fed. R. Civ. Proc. 41(a).

IT IS FURTHER STIPULATED AND AGREED that each party shall bear its own attorneys' fees and costs.

Dated: New York, New York
       July 30, 2007

**JENNER & BLOCK LLP**

By: _____
    Harry Sandick
919 Third Avenue, 37th Floor
New York, New York 10022
(212) 891-1600

Dated: New York, New York
       July 17, 2007

**SCHNAUFER & METIS LLP**

By: _____
    Peter Metis (PM 7214)
280 North Central Avenue, Suite 200
Hartsdale, New York 10530
(914) 288-9700

SO ORDERED:

James C. Francis IV
JAMES C. FRANCIS, IV, U.S.M.J.

7/31/07