```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
BROWN JORDAN COMPANY,

          Plaintiff,

  - against -

JEAN SCHULZ,

          Defendant.
------------------------------------------------------------X

07 Civ. 5857 (DAB)(JCF)

**STIPULATION AND ORDER**

On June 22, 2007, the Court entered a temporary restraining order in the above-captioned action and, pursuant to Fed. R. Civ. P. 65(c), required plaintiff to post a $500 bond. This matter having been voluntarily dimssed through a stipulation and order entered on August 1, 2007,

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties to the above-captioned action that plaintiff's $500 bond shall be released.

Dated: New York, New York
September 28, 2007

Dated: New York, New York
September 28, 2007

**JENNER & BLOCK LLP**

By: _Harry Sandick /MWA_
Harry Sandick
919 Third Avenue, 37th Floor
New York, New York 10022
(212) 891-1600

**SCHNAUFER & METIS LLP**

By: _____
Peter Metis
280 North Central Avenue, Suite 200
Hartsdale, New York 10530
(914) 288-9700

SO ORDERED:

_James C. Francis IV_
USMJ

10/1/07